UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Costanza Amore<br><br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 19-16378-PMM |

<u>TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307</u>

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 petition on 10/10/2019.

3.    This Motion to Dismiss has been filed for the following reason(s):

- The Debtor(s) has/have failed to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326.

- The Plan does not appear to be feasible.

    WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 03/23/2020                              Respectfully submitted,

                                                */s/ Rolando Ramos, Esq.*
                                                Rolando Ramos, Esq.
                                                for
                                                Scott F. Waterman, Esq.
                                                Standing Chapter 13 Trusteee
                                                2901 St. Lawrence Avenue, Suite 100
                                                Reading, PA  19606
                                                Telephone: (610) 779-1313